☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 02 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-214-GMN-VCF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| DARIO RAFAEL TEJADA, | |
| Defendant. | |

This Court found that Dario Rafael Tejada shall pay the in personam criminal forfeiture money judgment of $193,417 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p). Criminal Information, ECF No. 3; Plea Agreement, ECF No. 5; Preliminary Order of Forfeiture, ECF No. 8; Change of Plea, ECF No. 11.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

To comply with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017), the government reduced the in personam criminal forfeiture money judgment amount to $19,341.70.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Dario Rafael Tejada the in personam criminal forfeiture money judgment of $19,341.70, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between all codefendants is not to

/ / /

exceed $3,300,000 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. §

981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

copies of this Order to all counsel of record and three certified copies to the United States

Attorney's Office, Attention Asset Forfeiture Unit.

DATED ___May 2___, 2019.

HONORABLE  GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE